# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Petitioner, | : | Case No. 3:12MC17 |
| -vs- | : | District Judge Timothy S. Black |
| | | Magistrate Judge Michael J. Newman |
| MICHAEL L. HOWELL, | : | |
| Respondent. | : | |

## ORDER TO CLERK

Upon examination of the Attorney Guide for CM/ECF filing, the Court determines that this case should have been opened as a civil case rather than a miscellaneous case.

It is accordingly ORDERED that the Clerk reopen this case as a regular civil case.

May 16, 2013

s/Michael J. Newman
Michael J. Newman
United States Magistrate Judge